IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE[1], | ) |
| Plaintiff, | ) |
| | ) NO. 3:22-cv-00569 |
| v. | ) JUDGE RICHARDSON |
| WILLIAM LEE, et al., | ) |
| Defendants. | ) |

# **ORDER**

Pending before the Court is Plaintiff's motion for a preliminary injunction (Doc. No. 11, "Motion"), supported by a memorandum (Doc. No. 12) and sealed exhibits (Doc. Nos. 8-1-8-3). The sealed exhibits were filed in support not only of the Motion, but also Plaintiff's motion to proceed under a pseudonym and for a protective order (Doc. No. 5). On March 21, 2023, the Magistrate Judge entered an order removing the sealed exhibits (Doc. Nos. 8-1-8-3) from the record (Doc. No. 34). Because the Motion relies on information that is no longer in the record, the Motion is DENIED without prejudice to refiling another motion with supporting documentation not stricken from the record.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion for leave to proceed under a pseudonym and for a protective order (Doc. No. 5) was denied on March 21, 2023. However, Plaintiff was given fourteen days from the date of the order to file an amended complaint identifying himself by his legal name. As such, Plaintiff will continue to be referenced by his pseudonym until such update occurs.