# IN THE CRIMINAL/CIRCUIT COURT OF __SUMNER__ COUNTY, TENNESSEE

MINUTES, CRIMINAL COURT, SUMNER COUNTY, TENNESSEE – MINUTES FOR JUNE 18, 1993

Case Number: 7871  Count #: 2  
Attorney for the State: Marsha Selecman  
Judicial District ___  Judicial Division ___  
Counsel for Defendant: Douglass Love  
☒ Retained;  ☐ Appointed;  ☐ Public Defender

**FILED JUN 21 1993**

State of Tennessee  
vs.  
Defendant: PHILLIP JAMES MYRICK  
Alias ___  
Date of Birth: 10/20/56  Sex: M  Race: W  
SSN: 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  
From Indictment # ___  Warrant # ___  
TDOC # ___

MAHAILIAH HUGHES, CLERK  
BY __MW__ D.C.

## JUDGMENT

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the 10th day of May, 1993, the defendant:

☒ pled guilty

Is found:  
☐ guilty  ☐ not guilty  
☐ jury verdict  ☐ not guilty by reason of insanity  
☐ bench trial  
☐ nolo contendere

Indictment: Class (circle one): 1st  A  B  C  D  **(E)**  ☒ Felony  ☐ Misdemeanor  
Offense: Sexual Battery  
Amended Charge: ___  
Offense date: 9/__/90  County: Sumner  
Conviction offense: Sexual Battery  
TCA #: 39-13-505  Sentence-imposed date: 6/18/93  
Conviction class (circle one): 1st  A  B  C  D  **(E)**  ☒ Felony  ☐ Misdemeanor

After considering the evidence, the entire record, and all factors in T.C.A Title 40, Chapter 35, all of which are incorporated by reference herein, the Court's findings and rulings are:

☒ Sentence Reform Act of 1989  
☐ Mitigated 20%  
☐ Mitigated 30%  
☒ Standard 30% Range 1  
☐ Multiple 35% Range 2  
☐ Persistent 45% Range 3  
☐ Career 60%  ☐ Multiple Rapist  
☐ 1st Degree Murder  ☐ Child Rapist

☐ Pre 1982 Sentence: ___  
☐ 1st Degree Murder  
☐ Sentence Reform Act of 1982  
☐ 20% Range 1  
☐ 30% Range 1  
☐ 35% Range 2  
☐ 40% Range 2  
☐ 1st Degree Murder

Concurrent with: Count 1  
Consecutive to: ___

Sentenced to:  Sentence Length:  
☒ TDOC  2 Years ___ Months ___ Days ___ Life  ☐ Death  
☐ Regional Workhouse  ___ Years ___ Months ___ Days  
☐ County Jail  ___ Years ___ Months ___ Days ___ Hours ___ Week-ends ___ Periodic:( ___ )  
___ % min. svc. prior to program or work release  ___ % min. svc. prior to release (Misdemeanor only)  
☐ Workhouse  ___ Years ___ Months ___ Days ___ Hours ___ Week-ends ___ Periodic:( ___ )  
___ % min. svc. prior to program or work release  ___ % min. svc. prior to release (Misdemeanor only)  
☐ Work Release  ___ Years ___ Months ___ Days ___ Hours ___ Week-ends  
☐ Probation  ___ Years ___ Months ___ Days  Effective: ___  
☐ Community Based Alternative  ___ Years ___ Months ___ Days ___ Hours ___ Week-ends  
Specify: ___

Pretrial Jail Credit Period: from 1/6/93 to 1/14/93  from __/__/__ to __/__/__  or Number of Days: ___

Court Ordered Fees and Fines:  
$ 550.00  Criminal Injuries Compensation Fund  
$ ___  Supervision  
$ ___  Child Support  
$ ___  Court Costs  
$ ___  FINE ASSESSED

Restitution:  
Victim's Name ___  
Address ___  
Total Amount $ ___  $ ___ per month  
☐ Unpaid Community Service: ___ Hours, ___ Days, ___ Weeks, ___ Months

☒ The Defendant having been found guilty is rendered infamous.

**Special Conditions:**

Fred A. Kelly, III  
Judge's Name

_Fred A. Kelly III_  
Judge's Signature

6/18/93  
Date of Entry of Judgment

White copy - Criminal Court Clerk  
Yellow Copy - TN Dept. of Correction-MIS-SMS  
Pink Copy - Sentencing Commission  
Goldenrod - Jail

Attorney for State/Signature (optional): Marsha Selecman  
Defendant's Attorney/Signature (optional): ___

CR-3419 (Rev. 10/92)   RDA-1167

Case 3:22-cv-00569   Document 37-1   Filed 03/29/23   Page 1 of 2 PageID #: 371

# IN THE CRIMINAL/CIRCUIT COURT OF SUMNER COUNTY, TENNESSEE

MINUTES, CRIMINAL COURT, SUMNER COUNTY, TENNESSEE - MINUTES FOR JUNE 18, 1993

Case Number: 7871  Count #: 1
Judicial District ____  Judicial Division ____
Attorney for the State: Marsha Selecman
Counsel for Defendant: Douglass Love
X Retained; ☐ Appointed; ☐ Public Defender

**FILED**
JUN 21 1993
MAHAILIAH HUGHES, CLERK
BY MW D.C.

State of Tennessee
vs.
Defendant: PHILLIP JAMES MYRICK
Date of Birth 10/20/56  Sex M  Race W
From Indictment # ____  Warrant # ____
Alias ____
SSN 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
TDOC # ____

## JUDGMENT

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.
On the 10th day of May, 1993, the defendant:

[X] pled guilty

Is found:
- ☐ guilty
- ☐ not guilty
- ☐ jury verdict
- ☐ not guilty by reason of insanity
- ☐ bench trial
- ☐ nolo contendere

Indictment: Class (circle one): 1st A B C D E  [X] Felony  ☐ Misdemeanor
Offense: Aggravated Sexual Battery
Amended Charge: ____
Offense date 9/ /90  County Sumner
Conviction offense: Attempted Aggravated Sexual Battery
TCA #: 39-12-101 + 39-13-  Sentence imposed date 6/18/93
Conviction class (circle one): 1st A B C D E  [X] Felony  ☐ Misdemeanor

After considering the evidence, the entire record, and all factors in T.C.A Title 40, Chapter 35, all of which are incorporated by reference herein, the Court's findings and rulings are:

- [X] Sentence Reform Act of 1989
  - ☐ Mitigated 20%
  - ☐ Mitigated 30%
  - [X] Standard 30% Range 1
  - [X] Multiple 35% Range 2
  - ☐ Persistent 45% Range 3
  - ☐ Career 60%   ☐ Multiple Rapist
  - ☐ 1st Degree Murder   ☐ Child Rapist

- ☐ Pre 1982 Sentence: ____
  - ☐ 1st Degree Murder
  - ☐ Sentence Reform Act of 1982
  - ☐ 20% Range 1
  - ☐ 30% Range 1
  - ☐ 35% Range 2
  - ☐ 40% Range 2
  - ☐ 1st Degree Murder

Concurrent with: Count 2

Consecutive to: ____

Sentenced to:    Sentence Length:
[X] TDOC         6 Years ___ Months ___ Days ___ Life    ☐ Death
☐ Regional Workhouse  ___ Years ___ Months ___ Days
☐ County Jail    ___ Years ___ Months ___ Days ___ Hours ___ Week-ends ___ Periodic:( )
    ___% min. svc. prior to program or work release    ___% min. svc. prior to release (Misdemeanor only)
☐ Workhouse    ___ Years ___ Months ___ Days ___ Hours ___ Week-ends ___ Periodic:( )
    ___% min. svc. prior to program or work release    ___% min. svc. prior to release (Misdemeanor only)
☐ Work Release    ___ Years ___ Months ___ Days ___ Hours ___ Week-ends
☐ Probation    ___ Years ___ Months ___ Days  Effective: ____
☐ Community Based Alternative ___ Years ___ Months ___ Days ___ Hours ___ Week-ends
Specify: ____

Pretrial Jail Credit Period: from 1/6/93 to 1/14/93  from __/__/__ to __/__/__ or Number of Days: ____

Court Ordered Fees and Fines:
$ 550.00  Criminal Injuries Compensation Fund
$ ____  Supervision
$ ____  Child Support
$ ____  Court Costs
$ 203.00  LITIGATION TAX, PENALTY &
$ ____  FINE ASSESSED INTEREST

Restitution:
Victim's Name ____
Address ____
Total Amount $ ____  $ ____ per month
☐ Unpaid Community Service: ___ Hours, ___ Days, ___ Weeks, ___ Months

[X] The Defendant having been found guilty is rendered infamous.

Special Conditions:




Fred A. Kelly, III       /s/ Fred A. Kelly         6/18/93
Judge's Name             Judge's Signature         Date of Entry of Judgment

/s/ Marsha Selecman      ____
Attorney for State/Signature (optional)    Defendant's Attorney/Signature (optional)

White copy - Criminal Court Clerk
Yellow Copy - TN Dept. of Correction-MIS-SMS
Pink Copy - Sentencing Commission
Goldenrod - Jail
CR-3419 (Rev. 10/92)

Case 3:22-cv-00569  Document 37-1  Filed 03/29/23  Page 2 of 2 PageID #: 372